IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARL ROBERT MCGUCKIN and GERI MCGUCKIN,**<br>　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,**<br>　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  15-2173** |

## O R D E R

**AND NOW**, this 30th day of July, 2015, upon consideration of Defendant Allstate Fire and Casualty Company's Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 19) and the briefing thereon in opposition thereto, **IT IS ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART**:

　　Count IV of Plaintiffs' Second Amended Complaint is **DISMISSED WITH PREJUDICE**; and

　　To the extent the Motion seeks to dismiss the claims of Plaintiff Geri McGuckin, it is **DENIED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/ Wendy Beetlestone
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**